DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN PAUL JONES,**
Appellant,

v.

**CITY OF PLANTATION,**
Appellee.

No. 4D20-2124

[December 9, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE18-29376.

Randall Shochet of Shochet Law Group, Trenton, for appellant.

Christopher J. Stearns and E. Bruce Johnson of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***